# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. HILL, INDIVIDUALLY
AND AS THE EXECUTOR OF THE
SUCCESSION OF ELNORA JOHNSON
HILL

NO.   2019 CW 1096

VERSUS

**DECEMBER 12, 2019**

TMR EXPLORATION, INC., PARK
EXPLORATION, INC., AND VITOL
RESOURCES, INC.

---

In Re:    Raymond J. Lasseigne, applying for rehearing, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 41245.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **APPLICATION FOR REHEARING DENIED.** Relator's exception of res judicata, filed with the writ application, sought to dismiss the claims reasserted against him by Felix Hill only. Relator failed to provide this court with an exception of res judicata wherein he sought to dismiss the renewed claims of the Roosevelt Hill intervenors; therefore, relator is not entitled to dismissal of these parties' claims based on the documents provided to this court.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT